```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF KENTUCKY
                            PIKEVILLE

UNITED STATES OF AMERICA,     )
                              )
     Plaintiff,               ) Criminal Action No. 7:00-8-JMH
                              ) Civil Action No. 7:03-259-JMH
v.                            )
                              )   MEMORANDUM OPINION AND ORDER
WILFORD HENRY NIECE,          )
                              )
     Defendant.               )

                    **    **    **    **    **
```

This matter is before the Court upon the Report and Recommendation of Magistrate Judge Peggy Patterson [Record No. 158]. The action was referred to Magistrate Judge Patterson for the purpose of reviewing the merits of Defendant Wilford Henry Niece's motion to vacate sentence under 28 U.S.C. § 2255 or, in the alternative, to reinstate appellate rights [Record No. 144]. After obtaining leave from the Court, Defendant also supplemented his original motion [Record No. 154]. Defendant filed objections to the Report and Recommendation [Record No. 159], and the time for the United States to respond to those objections has now expired. This matter is now ripe for *de novo* review.

On July 10, 2002, pursuant to a plea agreement, Defendant pleaded guilty to Count One of the indictment, charging Defendant with conspiracy to possess with the intent to distribute a measurable quantity of cocaine, and to Count Four of the indictment, charging Defendant with use of currency to commit and facilitate the commission of controlled substance violations. The

district court accepted Defendant's plea and, on October 12, 2000, sentenced Defendant to 120 months incarceration and three years of supervised release. Defendant appealed his sentence to the Sixth Circuit Court of Appeals, which found no prejudicial error and affirmed the sentence.

In the instant motion, Defendant first argues that the district judge's impartiality may reasonably be questioned and that he should have disqualified himself from this case. Second, Defendant argues that he had ineffective assistance of counsel in that his counsel did not file a motion for recusal of the district judge. Third, Defendant maintains that he also had ineffective assistance of counsel in that his appellate counsel did not argue that the district court failed to recognize its authority to depart below the minimum mandatory sentence based on the government's oral motion under 18 U.S.C. § 3553. Finally, Defendant contends that his sentence was increased based on facts neither admitted by the Defendant himself nor found by a jury, in violation of Defendant's Sixth Amendment right to trial by jury.

A review of Magistrate Judge Patterson's Report and Recommendation leads the Court to adopt the facts and procedural history contained therein as the Court's own. Furthermore, this Court agrees with Magistrate Judge Patterson that Defendant's motion to vacate sentence should be denied and that a certificate of appealability should not be issued for the reasons set forth in

the Report and Recommendation.

For the foregoing reasons, **IT IS ORDERED**:

(1) that the Report and Recommendation [Record No. 158] be, and the same hereby is, **ACCEPTED**;

(2) that Defendant's motion to vacate sentence under 28 U.S.C. § 2255 or, in the alternative, to reinstate appellate rights [Record No. 144] be, and the same hereby is, **DENIED WITH PREJUDICE**; and

(3) that this action be, and the same hereby is, **STRICKEN FROM THE ACTIVE DOCKET**.

This the 9th day of June, 2005.



Signed By:
*Joseph M. Hood*
United States District Judge